# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| United States of America | ) | Case No: 4:07-01501-001 (TLW) |
| | ) | USM No: 15645-171 |
| -versus- | ) | Pro se |
| | ) | Defendant's Attorney |
| **Ventrez Shantay Davis** | ) | |
| | ) | |
| Date of Previous Judgment: October 24, 2008 | ) | |
| *(Use Date of Last Amended Judgment if Applicable* | ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❑ the Director of the Bureau of Prisons ❑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is **DENIED (Doc. # 64).**  This case does not qualify because the Chapter Four Enhancements override Chapter Two.  The Defendant is a career offender.

**IT IS SO ORDERED**.

Order Date:   May 2, 2012                                             s/ Terry L. Wooten
                                                                              *Judge's signature*

Effective Date:                                                          Terry L. Wooten, United States District Judge
*(if different from above)*